**WO**

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Sherlyta K. Haskin, | NO. CV-06-2790-PHX-NVW |
| Plaintiff, | **ORDER RESETTING** |
| vs. | **SETTLEMENT CONFERENCE** |
| Ebony House, Inc., and Atilla Jackson, | |
| Defendants. | |

This Court has considered Defendants' Motion to Continue Settlement Conference (docket #30),  The undersigned's judicial assistant  has given alternative dates after the requested  October 1, 2007 time frame for counsel to agree upon and confirm with their clients/representatives with settlement authority that all counsel/parties and appropriate settlement authority representatives are available to be physically present for said conference.

Accordingly,

**IT IS HEREBY ORDERED** that the settlement conference is reset to from August 7, 2007 to **Wednesday, October 3, 2007 at 2:00 p.m.**.

1      **IT IS FURTHER ORDERED affirming** all orders contained within the Court's

2   Order Setting Settlement Conference (docket #26) except for the date and time of said

3   conference.

4      DATED this 6th day of August, 2007.

5

6

7   _____

8                  Lawrence O. Anderson
                 United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26