**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Sherlyta Haskin,                        ) | No. CV-06-2790-PHX-NVW |
|                          )                                                | |
| Plaintiff,             ) | **ORDER** |
|                          )                                                | |
| v.                                                ) | |
|                          )                                                | |
| Ebony House, Inc., et al.,          ) | |
|                          )                                                | |
| Defendants.          ) | |
| _____ ) | |

The assigned U. S. District Judge's chambers has alerted the undersigned that Plaintiff filed a Notice of Settlement in this case (docket #32).

Accordingly,

**IT IS ORDERED vacating** the Settlement Conference scheduled before the undersigned for October 3, 2007 at 2:00 p.m.

DATED this 23rd day of August, 2007.

Lawrence O. Anderson
United States Magistrate Judge